O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINE FREY, | Case No. CV 12-07106 DDP (FMOx) |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION** |
| v. | |
| COVENTRY HEALTH CARE WORKERS COMPENSATION INC, et al., | |
| Defendants. | |

It is not clear to the court that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

Accordingly, the parties are ordered to file cross-briefs, not to exceed ten pages, by no later than Thursday, September 27, 2012, to show cause why this action should not be remanded for failure to satisfy the amount in controversy requirement. The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.

///

///

The court notes that Defendant has the burden of establishing removal jurisdiction. If a party does not file a brief, the court will regard that party as not opposing remand of this matter.

IT IS SO ORDERED.

Dated: September 17, 2012

DEAN D. PREGERSON
United States District Judge